Vincent F. Zarrilli *vs.* Diane Marino. August 7, 1989. *Supreme Judicial Court*, Superintendence of inferior courts.

The plaintiff appeals from a single justice's denial of relief pursuant to G. L. c. 211, § 3 (1988 ed.). The plaintiff urges points that either could have been raised by direct appeal from the trial court or were lost as appellate issues because they were not properly preserved for appellate review. The single justice did not abuse his discretion in denying relief under G. L. c. 211, § 3.

*Judgment affirmed without hearing.*

Vincent F. Zarrilli, pro se, submitted a brief.